On respondent's petition for reconsideration filed March 19, reconsideration allowed; former opinion (217 Or App 576, 176 P3d 425 (2008)) modified and adhered to as modified; former disposition withdrawn; affirmed May 27, 2009

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

STANLEY LEE MILLER,
*Defendant-Appellant.*

Josephine County Circuit Court
01CR0698; A126149

209 P3d 380

John R. Kroger, Attorney General, Erika L. Hadlock, Acting Solicitor General, and Paul L. Smith, Assistant Attorney-in-Charge, Criminal Appeals, for petition.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

## PER CURIAM

The state petitions for reconsideration of our decision in this case. In that decision, we concluded that, based on the Oregon Supreme Court's decision in *State v. Ice*, 343 Or 248, 170 P3d 1049 (2007), *rev'd and rem'd*, 555 US ___ , 129 S Ct 711, 172 L Ed 2d 517 (2009), the trial court's imposition of consecutive sentences based on its own findings of fact was plain error. The state now argues that, in light of the United States Supreme Court's reversal of the Oregon court's decision, we should reconsider. We agree. Under the United States Supreme Court's decision, the imposition of consecutive sentences was not error.

Reconsideration allowed; former opinion modified and adhered to as modified; former disposition withdrawn; affirmed.